FILED
2012 Apr-02  PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

CHARLES NATHAN HOLLAND,     )
                                        )

        Movant/Defendant,     )
                                          )

v.                                     )     5:12-cv-8009-SLB-PWG
                                        )     (5:96-cr-0208-SLB-PWG)

UNITED STATES OF AMERICA,     )

        Respondent        )

## MEMORANDUM OPINION

Charles Nathan Holland, *pro se*, has filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his federal sentence.  (Civ. Doc. 1; Crim. Doc. 476)[1].  In particular, he contends that his attorneys were ineffective in connection with the revocation of Holland's supervised release, which resulted in his being recommitted to prison to serve a 24-month term, followed by three years of supervised release, and on the ensuing direct appeal.  The magistrate judge entered findings and a recommendation that the motion be denied.  (Civ. Doc. 3).  Holland has now filed objections thereto.  (Civ. Doc. 4).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by Holland, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation

---

[1]Citations to "Civ. Doc(s) ___" are to the document numbers assigned by the clerk to the pleadings in the court file of this § 2255 "civil" case, 5:12-cv-8009-SLB-PWG, as reflected on the docket sheet.  Citations to "Crim. Doc. ___" are to the document numbers in the underlying "criminal" case, 5:96-cr-0208-SLB-PWG.  (Footnote 1 of the Magistrate Judges' Findings and Conclusions (Civ. Doc. 3) inadvertently used the initials CLS instead of SLB on the criminal case number.)

is **ACCEPTED**.    Holland's objections are **OVERRULED**.    In accordance with the recommendation, Holland's § 2255 motion is due to be DENIED, and this action is due to be DISMISSED WITH PREJUDICE.  A separate final order will be entered.

**DONE** this 2nd day of April, 2012.


_Sharon Lovelace Blackburn_
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE